# ZEMAN & WOMBLE, LLP

BENJAMIN ZEMAN  
20 VESEY STREET, SUITE 400  
NEW YORK, NY 10007

P (718) 514 - 9100  
F (917) 210 - 3700  
ZEMAN@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

November 16, 2022

VIA ECF

The Honorable Denise Cote  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, N.Y. 10007-1312

Re: U.S. v. Julio Figueroa, 22 Cr. 605 (DLC)

Dear Judge Cote,

I submit this letter, on behalf of my client, Julio Figueroa, requesting a modification of his bail conditions to allow him to attend a family Thanksgiving gathering from November 23rd through November 25th. The gathering will be held at his uncle's house at 607 Greentree Road, Sewell, NJ 08080. Additionally, Mr. Figueroa has been invited to attend his first New York Jets football game at Met Life Stadium in East Rutherford, New Jerson at 1:00 pm on Sunday, November 27th.

Counsel and Mr. Figueroa have conferred with both Pretrial Services and the Government regarding this request. Pretrial Services consents to this request and the Government has stated that they defer to Pretrial Services. I, therefore, request that the conditions of Julio Figueroa's Pretrial supervision be modified to allow him to be in Sewell, New Jersey from November 23rd through November 25th, 2022; and then in East Rutherford, New Jersey on November 27th, 2022.

Thank you for your consideration of this request.

*Granted.*

_____  
DENISE L. COTE  
United States District Judge  
11/16/22

Respectfully,

//s//  
Benjamin Zeman  
Counsel for Julio Figueroa